IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| DIRECTV, Inc., ) | *Supplemental R&R* |
| Plaintiff, ) | REPORT AND RECOMMENDATION |
| vs. ) | |
| Carlos Hamlin, ) | C.A. No.: 2:04-22190-18 |
| Defendant. ) | |

This matter is before the undersigned United States Magistrate Judge in accord with 28 U.S.C. § 636 and the local rules of this court for consideration of the plaintiff's request for damages. *This Report and Recommendation supplements the Report and Recommendation filed herein on January 13, 2005 (Docket #10).* On October 25, 2004, based upon an affidavit of default submitted by the plaintiff, the Clerk of Court entered default as to defendant Carlos Hamlin. On April 13, 2005, a hearing was held to determine the amount of damages, if any, to which the plaintiff is entitled. The defendant was given notice of the hearing, and appeared. *Mr. Hamlin presented a letter dated October asking for more time to defend. He questioned whether he* 

In support of its claims for damages the plaintiff presented by way of affidavit claims of $1,026.00 in attorneys' fees, $165.00 in costs, and $60,000.00 in statutory damages in accord with 18 U.S.C. § 2511. Also the plaintiff submitted its claim for a permanent injunction against defendant Carlos Hamlin prohibiting the defendant from committing or assisting in the commission of any violation of 18 U.S.C. § 2511.

Accordingly, it is recommended that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure this court enter its order finding the defendant Carlos Hamlin in default, awarding the

*is the correct defendant and indicated he has not been able to do anything to defend himself. NSC*

plaintiff judgment in the amount of $61,191.00 and permanently enjoining the defendant from committing or assisting in the commission of any violation of 18 U.S.C. § 2511 and § 2520.

Respectfully submitted,

Robert S. Carr
United States Magistrate Judge

Charleston, South Carolina

April 13, 2005